UNITED STATES BANRUPTCY COURT
FOR THE **WESTERN** DISTRICT OF **LOUISIANA**   Monroe

---

| | |
|---|---|
| In re:<br>**BARNES,CATHY L**<br><br>Debtors (s) | In Proceedings Under<br>Chapter **13**<br>Case No: **03-33027**<br>Trustee Claim No: 32<br>Clerk's Claim No:<br>Amount of claim: $417.24 |

# NOTICE OF TRANSFER OF CLAIM PURSUANT TO
# FRBP  RULE  3001(e)(2)  AND WAIVER OF OPPORTUNITY TO OBJECT

**TRI-CAP INVESTMENT PARTNERS, LLC** Transferee/Assignee" does hereby provide notice of the unconditional assignment and transfer of all right, title, and interest in and to the above referenced claim, "Bankruptcy Claim" originally known to debtor as **CITIFINANCIAL, INC.** and each hereby state that Transferee/Assignee is the present rightful owner of the Bankruptcy Claim.

Pursuant to Bankruptcy rule 3001(e)(2) and the foregoing assignment, the Transferee/Assignee hereby requests that it be substituted for the Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings.  The Bill of Sale that includes the referenced account shows the details of Transferor/ Assignor's intent with regard to the request and notice that the account in question has been transferred and assigned to Transferee/Assignee.  However, it is too voluminous to attach hereto.  Accordingly, the Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of this Notice of Transfer of Claim.

Dated March 9, 2009

| SELLER/ASSIGNOR/TRANSFEROR: | PURCHASER/ASSIGNEE/TRANSFEREE: |
|---|---|
| Sherman Acquisition LP dba Resurgent Acquisition<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | **TRI-CAP INVESTMENT PARTNERS, LLC**<br>ATTN:  Robert L. O'Brien<br>Richard J. Boudreau & Associates, LLC<br>5 INDUSTRIAL WAY<br>SALEM, NEW HAMPSHIRE 03079<br>Telephone: 603–890-1644 x 209 |

By: /s/ Robert L. O'Brien
     Robert L. O'Brien, Authorized Agent
        For Purchaser/Assignee/Transferee