UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA


FILED
JUN 1 3 2012
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

IN RE: Barnes, Billy Jack & Barnes, Cathy Lynn

CASE NO: 03-33027 ~~Textron~~

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now the Claimant(s) identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Registry of the Court in the Western District of Louisiana.

**NAME OF CLAIMANT and CO-CLAIMANT:** Textron/STI Credit
**CURRENT ADDRESS:** c/o Ernest Friedlander dba Sterling Management Services
(attach photocopy of drivers license(s) to application) 280 Boylston Street, Unit 305
Chestnut Hill, MA 02467

The dividend(s) listed below which were awarded to the Claimant(s) in the above captioned bankruptcy case were not delivered to Claimant(s) due to:

Address of record was vacated prior to funds distribution (state reason).
The Trustee delivered the unclaimed funds to the Clerk of Court pursuant to 11 U.S.C. 347.

| Date of Transmittal | Dividend Amount |
|---|---|
| 2/25/09 | $7,207.22 |
| | $0.00 |
| | |
| TOTAL | $7,207.22 |

Claimant(s) certify/certifies under penalty of perjury that all statements made by Claimant(s) on this application are, to the best of Claimant(s) knowledge, true and correct. Accordingly, Claimant(s) request the Court to enter an Order authorizing payment to Claimant(s) at the above mentioned address.

Claimant(s) further certify/certifies that a copy of this application has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

_____
(Claimant Signature)

_____
(Co-Claimant Signature)

June 7, 2010
(Date)

_____
(Date)

C



**Barbara L. Gaulien**
*Senior Vice President*

40 Westminster Street
Providence, RI 02903
(401) 621-4200 Tel
(401) 621-5045 Fax

bgaulien@textronfinancial.com
www.textronfinancial.com

Ernest Friedlander
Sterling Management Services
280 Boylston Street
Unit 305
Chestnut Hill, MA 02467

Dear Mr. Friedlander:

Enclosed please find original Power of Attorney and Corporate Certificate with respect to the Barnes bankruptcy. The Certificate should effectively address all issues outlined in your e-mail of June 4, 2012.

Please feel free to call me if you have any questions.

Very truly yours,

TEXTRON FINANCIAL CORPORATION

By: *Barbara L Gaulien SVP*
Barbara L. Gaulien
Senior Vice President

Its: _____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

RE: )  CASE: 03-33027
  Billy Jack Barnes )
  Cathy Lynn Barnes ) AUTHORITY TO ACT
) LIMITED POWER OF ATTORNEY
) LIMITED TO ONE TRANSACTION ONLY
      Debtor(s) )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE CITED REFERENCE

1. **Textron/STI Credit** (Client) with a tax identification number of 05-6008768 appoints Ernest Friedlander of **Sterling Management Services**,("Sterling") as its lawful attorney-in-fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds, in the name of the Client in the amount of **$7,207.22** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to Sterling the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority **EXCEPT to deposit checks payable to CLIENT**.

3. Sterling may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned funds.

5. I authorize the use of a photocopy of this Limited Power-of-Attorney in lieu of the original.

Signature _____  Date 6/5/12

## ACKNOWLEDGEMENT

STATE IF RHODE ISLAND

COUNTY OF PROVIDENCE

On this 5th day of June 2012, before me, the undersigned Notary Public in and for the said County and State, personally appeared Barbara Gaulien and proved to me through satisfactory evidence of identification, which was that she was known to me personally, to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose, as Vice President of Textron/STI Credit.

WITNESS my hand and official seal.

NOTARY PUBLIC _____  My Commission Expires 9-29-2013
Marjorie R. Hayes-Cote

# ASSISTANT SECRETARY'S CERTIFICATE

The undersigned, Margaret R. Hayes-Cote, Assistant Secretary of Textron Financial Corporation, a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), hereby certifies that:

The Corporation acquired the loan made by STI Credit Corporation ("Original Lender") to or on behalf of debtors Billy Jack and Cathy Lynn Barnes Case: 03-33027 pursuant to an Asset Purchase Agreement dated as of May 31, 2001 between the Corporation and Original Lender and evidenced by a Bill of Sale and a Power of Attorney dated May 31, 2001:

The Corporation vacated the premises 112 West Third Street, 2nd Floor Little Rock, AR 72201 prior to December 1, 2004 and has no record of receiving either the final distribution notice or notice of transmittal of unclaimed funds with respect to Case 03-33027; and

Barbara L. Gaulien, Senior Vice President is a duly qualified and acting officer of the Corporation authorized and empowered to act on behalf of the Corporation to execute and deliver any and all documents needed to collect any funds available to the Corporation with respect to Case: 03-33027, and the signature appearing opposite her name is her genuine signature.

Barbara L. Gaulien          _[signature]_ SVP
                            Senior Vice President

IN WITNESS WHEREOF, the undersigned has hereunto signed her name and imprinted the seal of the Corporation this 5th day of June, 2012.

CORPORATE SEAL

_[signature]_
Margaret R. Hayes-Cote
Assistant Secretary

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In said county on the 5th day of June, 2012, before me personally appeared Margaret Hayes-Cote of Textron Financial Corporation, known by me to be the party executing the foregoing instrument on behalf of said corporation. She acknowledges the execution of this instrument was of her own free act and deed.

_[signature]_
Notary Public  Lea C Cruz
My Commission Expires: 5/6/2016

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                              CASE NO. 03-33027
BARNES, BILLY JACK
BARNES, CATHY LYNN
    Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

MARK K. SUTTON, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| 2 | Citi Cards<br>P.O. Box 3671<br>Urbandale, IA 50323 | $ 210.98 |
|---|---|---|
| 20 | Textron/STI Credit<br>112 West Third Street., 2nd Floor<br>Little Rock, AR 72201 | $7,207.22 |

2. Your Trustee's check for $7,418.20, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, this 25th day of February, 2009.

                                                                /s/ Mark K. Sutton
                                                                MARK K. SUTTON, TRUSTEE

# Commonwealth of Massachusetts
# City of Newton
# Business Certificate

447

11 OCT -6 P 1:01
CITY CLERK
NEWTON, MA 02159

In conformity with the Provisions of Massachusetts General Law Chapter 110, Section 5, the undersigned hereby declare that a business is being conducted under the name of:

Business Name: **STERLING MANAGEMENT SERVICES**

Proposed Use (please describe): **CONSULTING**

Location of Business: **280 Boylston St. Chestnut Hill, MA 02467**

The full name and address of each person conducting such business: Newton,

1. **ERNEST FRIEDLANDER  280 Boylston St (Ch Hill)**   *Ernest Friedlander*
   Name                     Address                                    Signed

2. _____
   Name                     Address                                    Signed

3. _____
   Name                     Address                                    Signed

On **October 6, 2011** the above named person(s) personally appeared before me and made oath that the foregoing statement is true.

(seal)

**DAWNA L. BACCARI**
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 20, 2016

*Dawna L Baccari*
Notary Public

_____ My Commission Expires: _____

---

Under the provisions of Chapter 337 of the Acts of 1985 and Chapter 110, Section 5 of the Mass. General Laws, business certificates shall be in effect for four years from the date of issue and shall be renewed each four years thereafter. A statement under oath must be filed with the City Clerk upon discontinuance or withdrawing from such business or partnership. Copies of such certificates shall be available at the address such business is conducted and shall be furnished upon request during regular business hours to any person who has purchased goods or services from such business. Violations are subject to a fine of not more than three hundred dollars, ($300.00) for each month during which such violation occurs.

This certificates expires: **October 6, 2015**
                                   Date

Revised July 19, 2006